UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CRYSTAL DENISE BRACEY, | ) | Case No. SACV 22-1531-JPR |
| Plaintiff, | ) ) ) | |
| | ) | J U D G M E N T |
| v. | ) ) | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) ) | |

For the reasons set forth in the accompanying Memorandum Decision and Order, it is ADJUDGED THAT the Acting Commissioner's request for an order affirming her final decision is GRANTED and judgment is entered in the Acting Commissioner's favor.

DATED: December 15, 2023

JEAN P. ROSENBLUTH
U.S. MAGISTRATE JUDGE